```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
                 07-CV-1278(JMR/RLE)
```

Raphael Mendez               )
                             )
         v.                  )          ORDER
                             )
Judge Earl W. Britt et al.   )

Plaintiff objects to the Report and Recommendation, issued March 9, 2007, by the Honorable Raymond L. Erickson, United States Magistrate Judge. Plaintiff's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation [Docket No. 3]. Accordingly, IT IS ORDERED that:

1. Plaintiff's application to proceed <u>in forma pauperis</u> [Docket No. 2] is denied, as moot.

2. The above-entitled matter is summarily dismissed pursuant to Title 28 U.S.C. § 1915(e)(2)(b)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 9th, 2007

                                    s/ James M. Rosenbaum
                                  JAMES M. ROSENBAUM
                                  United States Chief District Judge